JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
Facsimile: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Defendants Judicial Council of the Ninth Circuit, Cathy Catterson, Audrey Collins, Molly Dwyer, Irma Gonzalez, Ronald Gould, Terry Hatter, Jr., Alex Kozinski, Margaret McKeown, Johnnie Rawlinson, Sidney Thomas*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CYRUS SANAI, <br><br> Plaintiff, <br><br> v. <br><br> ALEX KOZINSKI, et al., <br><br> Defendants. | No. 4:19-cv-08162-YGR <br><br> **DEFENDANTS' RESPONSE TO PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION FOR SERVICE BY UNITED STATES MARSHALS, OR IN THE ALTERNATIVE FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |

Plaintiff has filed an amended administrative motion requesting that the Court "authorize service by Marshal on the remaining defendants," namely U.S. District Judges Robert Whaley and Roger Hunt. ECF No. 64 at 1, 4. To date in this case, the Department of Justice has been authorized to represent Defendants Cathy Catterson, Audrey Collins, Irma Gonzalez, Ronald Gould, Terry Hatter, Jr., Alex Kozinski, Margaret McKeown, Johnnie Rawlinson, all sued in their individual capacities, Molly Dwyer, sued in her official capacity, Sidney Thomas, sued in his individual and official capacities, and the Judicial Council of the Ninth Circuit. As Defendants previously indicated to the Court in June 2020, the Department of Justice has been neither asked nor authorized to represent Defendant Hunt or Defendant Whaley. ECF No. 35 at 1. The Department of Justice thus takes no position in response to Plaintiff's renewed request that the Court order service on Defendants Hunt and Whaley by the United States Marshal. As Plaintiff acknowledges, the Court previously denied an identical prior request by Plaintiff. *See* ECF No. 37 at 1-2 ("Sanai has not demonstrated that substituted service as permitted under the Federal Rules of Civil Procedure is an inadequate alternative method of service.").

Dated: January 7, 2021.                               Respectfully submitted,

                                                U.S. DEPARTMENT OF JUSTICE

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
Facsimile: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Sanai v. Kozinski*, **No. 4-19-cv-08162-YGR**
Defendants' Response to Plaintiff's Amended Administrative Motion

1
2
3
4

*Attorneys for Defendants Judicial Council of the Ninth Circuit, Cathy Catterson, Audrey Collins, Molly Dwyer, Irma Gonzalez, Ronald Gould, Terry Hatter, Jr., Alex Kozinski, Margaret McKeown, Johnnie Rawlinson, Sidney Thomas*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28