United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CYRUS SANAI**, <br> Plaintiff, <br> v. <br> **ALEX KOZINSKI, ET AL.**, <br> Defendants. | Case No. 4:19-cv-08162-YGR <br><br> **ORDER: (1) DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO HOLD HEARING ON PENDING MOTIONS; AND (2) DEFERRING PLAINTIFF'S ADMINISTRATIVE MOTION TO ORDER SERVICE BY U.S. MARSHALS** <br><br> Re: Dkt. Nos. 36, 55, 56, 64, 66 |

Following the completion of briefing on the pending motions, the Court has reviewed *pro se* plaintiff Cyrus Sanai's administrative motion requesting a hearing on the pending motion to dismiss, and motion for leave to file a first amended complaint. (*See* Dkt. Nos. 36 (motion to dismiss), 55 (motion for leave to file first amended complaint), 56 (administrative motion).) The administrative motion is **DENIED**. The Court intends to rule on the motions without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 728-29 (9th Cir. 1991).

The Court further **DEFERS** Sanai's administrative motion to order service by the United States Marshals until the Court rules on the pending motions.

This Order terminates Docket Number 56.

**IT IS SO ORDERED.**

Dated: January 13, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**