BRIAN M. BOYNTON
Acting Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
Facsimile: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Defendants Judicial Council of the Ninth Circuit, Cathy Catterson, Audrey Collins, Molly Dwyer, Irma Gonzalez, Ronald Gould, Terry Hatter, Jr., Alex Kozinski, Margaret McKeown, Johnnie Rawlinson, Sidney Thomas*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CYRUS SANAI,<br><br>Plaintiff,<br><br>v.<br><br>ALEX KOZINSKI, et al.,<br><br>Defendants. | No. 4:19-cv-08162-YGR<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY ON PENDING MOTION TO DISMISS** |

Plaintiff has filed an administrative motion seeking leave to file a ten-page sur-reply in opposition to Defendants' pending Motion to Dismiss. *See* ECF No. 68. Yet this Court's local rules provide that, with exceptions neither relevant here nor invoked by Plaintiff, "[o]nce a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval." Civil Local Rule 7-3(d). Plaintiff has also already filed, through serial Local Rule 7-11 administrative motions, either what is effectively a sur-reply on the Motion to Dismiss, *see* ECF No. 65 at 2 ("Supplement to Reply Memorandum of Points and Authorities"), or a request to file a sur-reply, *see* ECF No. 58 at 2 (arguing that "leave to file a sur-reply must be granted"). Those requests have to date been unsuccessful, and this Court has advised that it intends to rule on Defendants' Motion to Dismiss, together with Plaintiffs' motion for leave to amend the complaint, without oral argument. *See* ECF Nos. 60, 67. Defendants maintain that no further briefing on Defendants' pending Motion to Dismiss should be permitted.

Dated: January 25, 2021.                                   Respectfully submitted,

                                                            U.S. DEPARTMENT OF JUSTICE

                                                            BRIAN M. BOYNTON
                                                            Acting Assistant Attorney General

                                                            ELIZABETH J. SHAPIRO
                                                            Deputy Branch Director

                                                            */s/ M. Andrew Zee*
                                                            M. ANDREW ZEE (CA Bar No. 272510)
                                                            Attorney
                                                            Civil Division, Federal Programs Branch
                                                            U.S. Department of Justice
                                                            450 Golden Gate Avenue, Room 7-5395
                                                            San Francisco, CA 94102
                                                            Telephone: (415) 436-6646
                                                            Facsimile: (415) 436-6632
                                                            E-mail: m.andrew.zee@usdoj.gov

                                                            *Attorneys for Defendants Judicial Council of the Ninth Circuit, Cathy Catterson, Audrey Collins, Molly Dwyer, Irma*

*Sanai v. Kozinski*, **No. 4-19-cv-08162-YGR**
Defendants' Response to Plaintiff's Administrative Motion
- 1 -

1
2
*Gonzalez, Ronald Gould, Terry Hatter, Jr.,
Alex Kozinski, Margaret McKeown,
Johnnie Rawlinson, Sidney Thomas*

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28