**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CYRUS SANAI,**<br><br>            Plaintiff,<br><br>   v.<br><br>**ALEX KOZINSKI, ET AL.,**<br><br>            Defendants. | Case No.  4:19-cv-08162-YGR<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY ON PENDING MOTION TO DISMISS ON JANUARY 21, 2021**<br><br>Re: Dkt. Nos. 68, 69, 70 |

       The Court has reviewed *pro se* plaintiff Cyrus Sanai's administrative motion requesting leave to file a sur-reply on the pending motion to dismiss on January 21, 2021.  (*See* Dkt. Nos. 36 (motion to dismiss), 68 (administrative motion for leave to file sur-reply), 69 (opposition), 70 (reply).)  Having reviewed the record and the briefing on the administrative motion, the administrative motion is **DENIED**.

       This Order terminates Docket Number 68.

       **IT IS SO ORDERED.**

Dated: January 29, 2021

                                             _____<br>
                                             **YVONNE GONZALEZ ROGERS**<br>
                                             **UNITED STATES DISTRICT JUDGE**