UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CYRUS SANAI,**<br><br>          Plaintiff,<br><br>     v.<br><br>**ALEX KOZINSKI, ET AL.,**<br><br>          Defendants. | Case No.  4:19-cv-08162-YGR<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE FOR RECONSIDERATION<br><br>Re: Dkt. No. 73 |

Before the Court is plaintiff Cyrus Sanai's motion for leave to file for reconsideration, which requests reconsideration of the Court's prior Order regarding the parties' motion to dismiss and motion for leave to amend.  (*See* Dkt. Nos. 72 (Order), 73 (Motion).)  Having reviewed the motion, the parties prior briefing, the Court's prior order, and the operative complaint, the motion is **DENIED**.  Notwithstanding Sanai's arguments that the Court did not adequately review his complaint or his briefing, the Court fully considered both in issuing its decision.[1]  Sanai's motion fails to acknowledge any of the cited authority in opposition to his arguments, and merely takes umbrage that the Court ultimately adopted defendants' positions.  To the extent that Sanai has issue with the Order and the substance therein, the proper procedure is to appeal this Order to the Ninth Circuit Court of Appeals for a review of the Order at Docket Number 72.

The Clerk of the Court is directed to issue judgment consistent with the Court's Order at Docket Number 72.  This Order terminates Docket Number 73.

**IT IS SO ORDERED.**

Dated: April 12, 2021

   _____
   YVONNE GONZALEZ ROGERS
   UNITED STATES DISTRICT JUDGE

---

[1] While the Court's summary of the background section is consistent with that of the defendants' background proffered in their briefing, it is an accurate and relevant summary which further included a comprehensive summary of orders issued by the Ninth Circuit Judicial Council which were appropriately judicially noticeable.  The Court otherwise included additional or a modified background where appropriate.