**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CYRUS SANAI**, <br><br> Plaintiff, <br><br> vs. <br><br> **ALEX KOZINSKI, ET. AL.**, <br><br> Defendants. | Case No.: 4:19-cv-08162-YGR <br><br> **JUDGMENT** |

The Court having granted defendants Alex Kozinski, Cathy Catterson, the Judicial Council of the Ninth Circuit, Molly Dwyer, Sidney Thomas, M. Margaret McKeown, Ronald M. Gould, Johnnie B. Rawlinson, Audrey B. Collins, Irma E. Gonzalez, and Terry J. Hatter Jr.'s motion to dismiss, it is **ORDERED, ADJUDGED AND DECREED** that, in compliance with the Court's prior Orders:

(1) the claims asserted against defendants Kozinski, Catterson, the Judicial Council of the Ninth Circuit, Dwyer, Thomas, McKeown, Gould, Rawlinson, Collins, Gonzalez, Hatter, Roger L. Hunt, Robert H. Whaley, and Proctor Hug Jr. are **DISMISSED WITH PREJUDICE**; and

(2) the claim asserted against the Judicial Council of California is **DISMISSED WITHOUT PREJUDICE**.

Judgment is entered in favor of defendants and against plaintiff Cyrus Sanai. Plaintiff Cyrus Sanai shall take nothing by the complaint herein.

The Clerk of the Court shall enter this judgment and close this matter.

**IT IS SO ORDERED.**

Dated: April 12, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**