**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CYRUS SANAI,** | Case No.  4:19-cv-08162-YGR |
| Plaintiff, | **ORDER REFERRING MOTION** |
| v. | |
| **ALEX KOZINSKI, ET AL.,** | Re: Dkt. No. 77 |
| Defendants. | |

     *Pro se* plaintiff Cyrus Sanai has filed a motion requesting recusal or, in the alternative, disclosure of relevant information pursuant to 28 U.S.C. § 455.  (Dkt. No. 77.)  The pending motion is **REFERRED** to another judge for consideration.  The Clerk of the Court shall **RANDOMLY REASSIGN** this particular motion to be heard by another judge.  The hearing on June 1, 2021 is **VACATED**.  All other briefing deadlines remain in place unless otherwise ordered and/or approved by the reassigned judge.

     **IT IS SO ORDERED.**

Dated: April 21, 2021

                                     **YVONNE GONZALEZ ROGERS**
                                     **UNITED STATES DISTRICT JUDGE**

United States District Court
Northern District of California