Cyrus M. Sanai, SB#150387
SANAIS
9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California, 90210
Telephone: (310) 717-9840
cyrus@sanaislaw.com

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS SANAI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ALEX KOZINSKI, in his personal capacity; CATHY CATTERSON, in her personal capacity; THE JUDICIAL COUNCIL OF THE NINTH CIRCUIT, an administrative agency of the United States; MOLLY DWYER, in her official capacity; SIDNEY THOMAS, in his official and personal capacities; PROCTOR HUG JR., in his personal capacity; M. MARGARET MCKEOWN, in her personal capacity; RONALD M. GOULD, in his personal capacity; JOHNNIE B. RAWLINSON, in her personal capacity; AUDREY B. COLLINS, in her personal capacity; IRMA E. GONZALEZ, in her personal capacity; ROGER L. HUNT, in his personal capacity; TERRY J. HATTER JR., in his personal capacity; ROBERT H. WHALEY, in his personal capacity; THE JUDICIAL COUNCIL OF CALIFORNIA, an administrative agency of the State of California; and DOES 1-10, individuals and entities whose identities and capacities are unknown; <br><br> Defendants. | Case No.  19-CV-08162-YGR <br><br> **NOTICE OF ERRATA TO** <br> **(1) REPLY IN SUPPORT OF MOTION PURSUANT TO FED. R. CIV. P. 59 TO ALTER OR AMEND JUDGMENTS AND FOR NEW TRIAL AND** <br> **(2) REPLY IN SUPPORT OF MOTION PURSUANT TO FED. R. CIV. P. 60 FOR RELIEF FROM JUDGMENTS AND ORDER** <br><br> Complaint Filed:   December 17, 2019 |

**NOTICE OF ERRATA**

Plaintiff filed two replies to pending post-judgment motions, Docket Nos. 93 and 92 stating that Plaintiff would be filing a motion to vacate the May 24, 2021 order of Judge Donato on June 3, 2021, Docket No. 89.

Plaintiff was unable to do so due to both events beyond his control and the need to research how to address the issue of Judge Donato managing discovery against himself.  He also represented that a motion for recusal and additional discovery would be filed as to Judge Donato and putting forward new grounds on June 3, 2021

Plaintiff will be able to file the motion to vacate and for appointment of a special master early in the morning of June 4, 2021.  He will not be able to get the motion for recusal until June 7, 2021.

Both of the motions are still timely.  Accordingly, consideration of the post-judgment motions Docket Nos. 85 and 86 should be suspended pending consideration of the motion filed on June 4, 2021 and June 7, 2021.

Dated:  June 4, 2021

By:  _____/s/ Cyrus Sanai_____
         CYRUS SANAI
            Plaintiff