1  Cyrus M. Sanai, SB#150387
   SANAIS
2  9440 Santa Monica Boulevard, Suite 301
   Beverly Hills, California, 90210
3  Telephone: (310) 717-9840
   cyrus@sanaislaw.com

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS SANAI, an individual, | Case No. 19-CV-08162-YGR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF's MOTION FOR LEAVE TO FILE MOTION PURSUANT TO FED. R. CIV. P. 60(B)(4) AND FED. R. CIV. P. 60(B)(1) FOR RELIEF FROM ORDER OF JUNE 16, 2021, DOCKET NO. 100, ORDER OF JUNE 7, 2021, DOCKET NO. 96, AND ORDER OF MAY 24, 2021, DOCKET NO. 89.** |
| vs. | |
| ALEX KOZINSKI, in his personal capacity; CATHY CATTERSON, in her personal capacity; THE JUDICIAL COUNCIL OF THE NINTH CIRCUIT, an administrative agency of the United States; MOLLY DWYER, in her official capacity; SIDNEY THOMAS, in his official and personal capacities; PROCTOR HUG JR., in his personal capacity; M. MARGARET MCKEOWN, in her personal capacity; RONALD M. GOULD, in his personal capacity; JOHNNIE B. RAWLINSON, in her personal capacity; AUDREY B. COLLINS, in her personal capacity; IRMA E. GONZALEZ, in her personal capacity; ROGER L. HUNT, in his personal capacity; TERRY J. HATTER JR., in his personal capacity;  ROBERT H. WHALEY, in his personal capacity; THE JUDICIAL COUNCIL OF CALIFORNIA, an administrative agency of the State of California; and DOES 1-10, individuals and entities whose identities and capacities are unknown; | Complaint Filed:   December 17, 2019 |
| Defendants. | |

The Court hereby GRANTS Plaintiff Motion for leave to file motion to vacate its orders, Docket Nos. 89, 96, and 100.

By: _____
Judge of the Central District of California