1  Cyrus M. Sanai, SB#150387
   SANAIS
2  9440 Santa Monica Boulevard, Suite 301
   Beverly Hills, California, 90210
3  Telephone: (310) 717-9840
   cyrus@sanaislaw.com
4

5

6

7

8      UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
                              CALIFORNIA
9

10  CYRUS SANAI, an individual,              ) Case No.  19-CV-08162-YGR
                                             )
11                    Plaintiff,             ) [PROPOSED] ORDER GRANTING
                                             ) PLAINTIFF'S EX PARTE MOTION
         vs.                                 ) PURSUANT TO FED. R. APP. P.
12                                           ) 4(a)(5)(A) TO EXTEND TIME TO
    ALEX KOZINSKI, in his personal           ) FILE NOTICE OF APPEAL BY 30
13  capacity; CATHY CATTERSON, in her        ) DAYS
    personal capacity; THE JUDICIAL          )
14  COUNCIL OF THE NINTH CIRCUIT,            )
    an administrative agency of the United   )
15  States; MOLLY DWYER, in her              )
    official capacity; SIDNEY THOMAS,        )
16  in his official and personal capacities;  )
    PROCTOR HUG JR., in his personal          ) Complaint Filed:  December 17, 2019
17  capacity; M. MARGARET                     )
    MCKEOWN, in her personal capacity;        )
18  RONALD M. GOULD, in his personal          )
    capacity; JOHNNIE B. RAWLINSON,           )
19  in her personal capacity; AUDREY B.       )
    COLLINS, in her personal capacity;        )
20  IRMA E. GONZALEZ, in her personal         )
    capacity; ROGER L. HUNT, in his           )
21  personal capacity; TERRY J. HATTER        )
    JR., in his personal capacity;  ROBERT    )
22  H. WHALEY, in his personal capacity;      )
    THE JUDICIAL COUNCIL OF                   )
23  CALIFORNIA, an administrative             )
    agency of the State of California; and    )
24  DOES 1-10, individuals and entities       )
    whose identities and capacities are       )
25  unknown;                                  )
                                              )
26  Defendants.

27

28
                              -1-

1

2        The Court hereby GRANTS Plaintiff's Ex Parte Motion and Application for

3    an extension of time to file a notice of appeal.  The deadline for filing a notice of

4    appeal of the final judgment and all post-judgment orders is extended by 30 days.

5

6        Date: 7/12/21        By: _____

7                                 Judge of the Central District of California

8                                 **YVONNE GONZALEZ ROGERS**
                                   **UNITED STATES DISTRICT COURT JUDGE**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER MOTION FOR EXTENSION